**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

MOHAMED ELDIBANY,

    Plaintiff,

v.

LARRY WATSON,

    Defendant.

CIVIL ACTION NO.: 4:18-cv-142

**O R D E R**

Presently before the Court is the parties' Joint Motion to Dismiss, wherein the parties report that they have entered into a settlement agreement resolving all claims and counterclaims. (Doc. 21.) Accordingly, the Court **GRANTS** the parties' Motion and **DISMISSES with prejudice** all claims asserted in this matter. The Court **DIRECTS** the Clerk of Court to **TERMINATE** all deadlines and motions and to **CLOSE** this case.

**SO ORDERED**, this 4th day of October, 2018.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA